# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:20-CR-00523-S |
| | § | |
| JAMES MACKEY (11) | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [ECF No. 619]. The Court therefore finds, by a preponderance of the evidence, that Defendant James Mackey is competent to stand trial. A trial date and pretrial deadlines will be set by separate order.

**SO ORDERED.**

SIGNED March 26, 2024.

UNITED STATES DISTRICT JUDGE
**KAREN GREN SCHOLER**